# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

MARJORIE E. KRAHN
CLERK OF COURT

COUNCIL BLUFFS
DAVENPORT
DES MOINES

Patrick Devine
18463-208th Avenue
Sigourney, IA 52591

Dear Mr. Devine:

Please be advised this office is in receipt of your correspondence dated June 4, 2012 wherein you included your Iowa Driver's License and your State of Iowa Certificate of Live Birth. It is noted that these documents are enclosed herein and are being returned to you.

Sincerely,

Deputy Clerk

Enclosures